IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No. 1:24-CV-637

| | |
|---|---|
| ROBERT ALLEN SMITH.<br>　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA SCHOOL OF THE ARTS, and Dr. MARTIN FERRELL in his official capacity,<br><br>　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL AGAINST Dr. MARTIN FERRELL in his official capacity AS TO CLAIM FOR VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT – 29 U.S.C. § 2601, *ET. SEQ*** |

Plaintiff Robert Alllen Smith under Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this Notice of Voluntary Dismissal against Dr. Martin Ferrell in his official capacity as to the claim for Violation of the Family and Medical Leave Act – 29 U.S.C. § 2601, *et. seq*.

Dated April 30, 2025.

　　　　　　　　　　　　　　　　　/s/ Randolph M. James
　　　　　　　　　　　　　　　　　Randolph M. James NC Bar #10,000
　　　　　　　　　　　　　　　　　RANDOLPH M. JAMES, P.C.
　　　　　　　　　　　　　　　　　PO Box 20060
　　　　　　　　　　　　　　　　　Winston-Salem, NC 27120
　　　　　　　　　　　　　　　　　Telephone: (336) 724-7707
　　　　　　　　　　　　　　　　　Facsimile: (336) 724-9722
　　　　　　　　　　　　　　　　　E-mail: rmjames@rmjameslaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Voluntary Dimsissal with the Clerk of Court using the CM/ECF system, which electronically sends notice of the filing to registered parties identified below:

JOSHUA H. STEIN
Attorney General
Jeremy D. Lindsley
Assistant Attorney General
jlindsley@ncdoj.gov
Attorney for Defendants

This the 30th day of April, 2025.

/s/ Randolph M. James
Randolph M. James
Attorney for Plaintiff